# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR 5:17-012-14 |
| | ) | |
| JA'LYN KINCEY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Defendant Ja'lyn Kincey's motion for early termination of supervised release. Dkt. No. 1254. The motion is **DISMISSED**.

Pursuant to a written plea agreement, Defendant pled guilty to Count 10 of the superseding indictment, that is, possession with intent to distribute five grams or more of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B). Dkt. Nos. 286, 583. On June 11, 2018, the Court sentenced Defendant to sixth months' imprisonment, followed by four years of supervised release. Dkt. No. 583. Upon release from Bureau of Prisons' custody, Defendant began his term of supervision. After Defendant admitted to violating conditions of his supervision, the Court revoked Defendant's supervised release and sentenced Defendant to one month of imprisonment, followed by two years of supervised release. Dkt. No. 1207. Defendant was released from

Bureau of Prisons' custody on or about March 8, 2024 and began his term of supervised release. Defendant now moves for early termination of his supervised release term. Dkt. No. 1254.

Under 18 U.S.C. § 3583(e)(1), a "court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7) . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and in the interests of justice."

Defendant has yet to complete one year of supervised release as required by § 3583(e)(1). As such, his motion for early termination of supervised release, dkt. no. 1254, is **DISMISSED** as premature.

**SO ORDERED** this 2\ day of November, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA